1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
CONQUEST INNOVATIONS, LLC,

9
                    Plaintiff,

10
          v.

11
THE SKYLIFE COMPANY, INC.,

12
                    Defendant.

CASE NO. C15-5697 BHS

ORDER DENYING PLAINTIFF'S
MOTION FOR
RECONSIDERATION

13

14       This matter comes before the Court on Plaintiff Conquest Innovations, LLC's

15  ("Conquest") motion for reconsideration (Dkt. 32).

16       On January 26, 2016, the Court issued an order stating in relevant part that

17  Conquest had failed to allege diversity jurisdiction.  Dkt. 31.  On January 28, 2016,

18  Conquest filed a motion for reconsideration directing the Court's attention to the

19  amended complaint, which specifically alleges diversity jurisdiction.  Dkt. 32.  The Court

20  overlooked the amended complaint and based its conclusion on the original complaint.

21  The Court, however, finds no reason to vacate or reconsider the order as the mistaken

22

ORDER - 1

1   allegation does not affect the ultimate conclusion to stay this action pending

2   reexamination of the patent in suit.  Therefore, the Court **DENIES** Conquest's motion.

3         Dated this 28th day of January, 2016.

4

5                                    _____
                                     BENJAMIN H. SETTLE
6                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22